IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA

NORTHERN AND EASTERN DIVISIONS

| | |
|---|---|
| ANTHONY T. LEE, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff-Intervenor | ) |
|     and Amicus Curiae, | ) |
| | ) |
| NATIONAL EDUCATION | ) |
| ASSOCIATION, INC., | ) |
| | ) |
|     Plaintiff-Intervenor, | ) |
| | ) Civil Action |
|     v. | ) Nos. |
| | ) |
| LEE COUNTY BOARD OF EDUCATION, | ) 3:70cv845-MHT |
| RUSSELL COUNTY BOARD OF EDUCATION, | ) 3:70cv848-MHT |
| TALLAPOOSA COUNTY BOARD OF EDUCATION, | ) 3:70cv849-MHT |
| ALEXANDER CITY BOARD OF EDUCATION, | ) 3:70cv850-MHT |
| AUBURN CITY BOARD OF EDUCATION, | ) 3:70cv851-MHT |
| OPELIKA CITY BOARD OF EDUCATION, | ) 3:70cv853-MHT |
| PHENIX CITY BOARD OF EDUCATION, | ) 3:70cv854-MHT |
| ROANOKE CITY BOARD OF EDUCATION, | ) 3:70cv855-MHT |
| BUTLER COUNTY BOARD OF EDUCATION, | ) 2:70cv3099-MHT |
| COVINGTON COUNTY BOARD OF EDUCATION, | ) 2:70cv3102-MHT |
| ELMORE COUNTY BOARD OF EDUCATION, | ) 2:70cv3103-MHT |
| CRENSHAW COUNTY BOARD OF EDUCATION, | ) 2:66cv2455-MHT |
| et al., | ) |
| | ) (WO) |
|     Defendants. | ) |

### JUDGMENT ON THE STATE-WIDE
### ISSUE OF SPECIAL EDUCATION

In accordance with the opinion entered this day, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The notice of withdrawal of objections, filed December 18, 2006, by the Southern Poverty Law Center, the Alabama Disabilities Advocacy Program, and Alabama Family Ties, Inc., is treated as a motion to withdraw the objection, and said motion is granted.

(2) The motion for declaration of unitary status and termination of this litigation on the state-wide issue of special education, filed October 27, 2006, by the state defendants (the Alabama State Board of Education and its members, the Alabama State Superintendent of Education, and the Governor of Alabama) is granted.

(3) The Alabama State School System is DECLARED to be unitary in all respects on the state-wide issue of special education.

2

(4) All outstanding orders and injunctions as they pertain to the state-wide issue of special education are dissolved as to the state defendants.

It is further ORDERED that the state defendants are not dismissed from and remain a party to this litigation as to the state-wide issue of 'facilities,' and the orders dealing with the state-wide facilities issues are not dissolved.

DONE, this the 8th day of March, 2007.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE